UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANGEL VASQUEZ,

                                    Plaintiff,          **STIPULATION OF DISMISSAL**

v.

                                                        Civil Case No.: 24-CV-05785
HYUNDAI MARINE & FIRE                                   (LDH)(MMH)
INSURANCE COMPANY, LTD.,

                                    Defendant.

---

Plaintiff, ANGEL VASQUEZ, Defendant, HYUNDAI MARINE & FIRE INSURANCE COMPANY, LTD., and Intervenor, AMERICAN SECURITY INSURANCE COMPANY, pursuant to FRCP Rule 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate that this action be dismissed in its entirety with prejudice. The parties agree to bear their own respective attorney's fees, expenses and costs.

**WE SO STIPULATE:**

DATED:      April 20, 2026                      DATED:      April 27, 2026
            Buffalo, New York                               New York, New York


HURWITZ FINE P.C.                               LAW OFFICE OF BRETT M. SCHATZ, P.C.

By:_____                     By:_____
Steven E. Peiper, Esq.                          Brett M. Schatz, Esq.
*Attorneys for Defendant*                       *Attorneys for Plaintiff*
*HYUNDAI MARINE & FIRE INS.*                     *ANGEL VASQUEZ*
*COMPANY, LTD.*                                  1345 Avenue of the Americas
434 Main Street, Suite 1300                      New York, New York 10105
Buffalo, New York 14202                          (212) 631-7463
(716) 849-8900                                   bschatz@bmsfirm.com
sep@hurwitzfine.com

DATED:    April 27, 2026
    New York, New York

CHARTWELL LAW


By: *Matthew Kraus* _____

Matthew Kraus, Esq.
*Attorneys for Intervenor*
*AMERICAN SECURITY INS. CO.*
One Battery Park Plaza, Suite 710
New York, New York 10004
(212) 968-2300
mkraus@chartwelllaw.com